**FILED**

March 30, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _Michael Trujillo_

DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **ALEJANDRO HERNANDEZ** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | **NO. EP-21-CV-00055-DCG** |
| **EL PASOANS FIGHTING HUNGER,** | § | |
| **JOSE "ABE" GONZALEZ; and,** | § | |
| **SUSAN E. GOODALL** | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Alejandro Hernandez in the above captioned case, hereby appeal to the United States Court of Appeals for the Fifth Circuit fr Order Accepting Part, Rejecting in Part The Report and Recommendation of the Magistrate Judge entered on July 1, 2021, Final Judgment entered on July 1, 2021, and the Order Denying Motion to Alter Or Amend Judgment, entered in this action on the 1rst day of March, 2022.

Respectfully submitted,

*Alejandro Hernandez*

Alejandro Hernandez
P.O. Box 13734
El Paso, TX 79913
PH:     (915) 258-1666
Email: flexyourrights@outlook.com